■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BANKS, Appellant. — Two judgments of the County

Court, Westchester County (Martin, J.), both rendered March 12, 1983, affirmed (see *People v Thomas,* 74 AD2d 317, affd 53 NY2d 338). Lazer, J. P., Thompson, Weinstein and Eiber, JJ., concur.